147 A.3d 449

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. WAYMON BROWN (A/K/A AIJALON ARAD),
DEFENDANT-PETITIONER.

FILED July 15, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005785-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

147 A.3d 449

LESTER M. DENMON, APPELLANT-PETITIONER, v. NEW
JERSEY DEPARTMENT OF CORRECTIONS,
RESPONDENT-RESPONDENT.

Filed July 15, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001437-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.